285 S.E.2d 95 (1981)
304 N.C. 192
Ronald Lee BEATTY, Plaintiff,
v.
H. B. OWSLEY & SONS, INC., Defendant and 3rd Party Plaintiff,
v.
KAISER ALUMINUM AND CHEMICAL SALES, INC., 3rd Party Defendant.
Supreme Court of North Carolina.
October 6, 1981.
Anderson, Broadfoot, Anderson, Johnson & Anderson, Fayetteville, for Owsley & Sons.
Franklin L. Block, Wilmington, for plaintiff.
Owsley's petition for discretionary review under G.S. § 7A-31, 53 N.C.App. 178 and 280 S.E.2d 484. Denied.